JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chase Lee Collins,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>William Sullivan,<br><br>　　　　　Respondent. | Case No. 2:19-cv-10807-FMO-LAL<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 18, 2023　　　　　　　　　　　　　　　　／s／_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE